UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATIONAL JUDGMENT RECOVERY, INC.,**

    **Plaintiff,**

v.                                                      Case No.: 8:21-mc-74-WFJ-AAS

**LISA L. NUNLEY,**

    **Defendant.**

_____/

## ORDER

Nationwide Judgment Recovery, Inc. (NJR), as Assignee of Matthew Orso, as Successor Trustee to Kenneth D. Bell, in his Capacity as Court Appointed Receiver for Rex Venture Group, LLC, moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue a writ of garnishment against TD Bank, N.A. for a judgment owed by Lisa Nunley. (Doc. 29).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id*. Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment.

Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 14, 2017, the United States District Court for the Western District of North Carolina, entered judgment against the defendant class, including Ms. Nunley, in the amount of $13,697.01, plus accruing post-judgment interest. (Doc. 1, Ex. 1). According to NJR's motion, this amount remains unpaid.

NJR's Motion for Writ of Garnishment (Doc. 29) is **GRANTED**. The Clerk of Court is **DIRECTED** to issue the writ of garnishment to the named garnishee using the forms attached to NJR's motion. (Doc. 29, Ex. 1). NJR must include with the writ copies of:

  a.   NJR's Motion for Writ of Garnishment (Doc. 29),
  b.   this Order, and
  c.   The Registration of Foreign Judgment (Doc. 1).

**ORDERED** in Tampa, Florida on May 16, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge